UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANGEL JENKINS, *on behalf of herself and all others similarly situated*,

Plaintiff,

*-against-*

INTER PARFUMS, INC.,

Defendant.

**ORDER**

26-cv-00995 (ER)

RAMOS, D.J.

Angel Jenkins filed this suit against Inter Parfums, Inc. on February 5, 2026. Doc. 1. She then filed successive affidavits of service on March 17, March 25, and April 6, 2026. Docs. 6–8. Since then, however, there has not been any activity in this case.

Jenkins is therefore directed to file a status letter by October 15, 2026. Failure to do so may result in dismissal of this case for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

It is SO ORDERED.

Dated: October 9, 2026
New York, New York

Edgardo Ramos, U.S.D.J.